**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00660-CV

## IN RE ALTESSE HEALTHCARE SOLUTIONS, INC. AND SHAWNA BOUDREAUX, Relators

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04978-2014**

# ORDER
Before Chief Justice Wright and Justices Fillmore and Evans

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.


/s/      DAVID EVANS
JUSTICE